IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RAWSHAN ARA HABIB,

   Plaintiff,

  v.

BANK OF AMERICA CORP.,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-4079-TWT

## ORDER

This is an action seeking to prevent a mortgage foreclosure. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 3]. The Plaintiff has failed to state a plausible claim for relief. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is dismissed without prejudice. The Plaintiff has 14 days in which to file an amended complaint which complies with Rule 8. If he does not, the dismissal is with prejudice.

SO ORDERED, this 29 day of June, 2011.

                        /s/Thomas W. Thrash
                        THOMAS W. THRASH, JR.
                        United States District Judge