IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RAWSHAN ARA HABIB,

   Plaintiff,

  v.

BANK OF AMERICA CORP.,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-4079-TWT

## ORDER

This is an action for breach of fiduciary duty by the Plaintiff against her mortgage company. It is before the Court on the Report and Recommendation [Doc. 20] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 28 day of October, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Habib\r&r2.wpd